```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    JIMMY SAMUEL,                                              :
                                                               :
                                    Plaintiff,                 :      1:22-cv-2404-GHW
                                                               :
                        -against-                              :           ORDER
                                                               :
    CITY OF NEW YORK, THE NEW YORK AND                         :
    PRESBYTERIAN HOSPITAL, CITY OF NEW                         :
    YORK EMPLOYEES JOHN DOE (1-10),                            :
    INDIVIDUALLY AND IN THEIR OFFICIAL                         :
    CAPACITY, NEW YORK AND PRESBYTERIAN                        :
    EMPLOYEE JOHN DOES (1- 10), INDIVIDUALLY                   :
    AND IN THEIR OFFICIAL CAPACITY,                            :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 3/26/2022

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on March 25, 2022.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than April 8, 2022.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: March 26, 2022
       New York, New York

                                                _____
                                                   GREGORY H. WOODS
                                                United States District Judge