**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2022

# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122    FACSIMILE (212) 949-7054
WWW.MCBLAW.COM

**GREGORY J. RADOMISLI**
**PARTNER**

DIRECT DIAL: (212) 916-0923
E-MAIL: radomg@mcblaw.com

April 12, 2022

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007-1312

      Re:    **Samuel v. NewYork-Presbyterian Hospital**
                    MCB File No.       16-88108 (WPB)
                    Civil Action No.     22 CV 2404 (GHW)

Dear Judge Woods:

      We represent the defendant The New York and Presbyterian Hospital ("NYPH") in the above-referenced matter.  We are writing this letter on behalf of all parties.

      On March 29, 2022, the City requested a 45-day extension of time to serve an Answer to plaintiff's Complaint, making its Answer due on May 13, 2022 (DE 10).  Your Honor granted the request.

      On March 30, 2022, Your Honor granted NYPH's request for a pre-motion conference (DE 13).  That conference is scheduled for April 22, 2022.

GJR/da
4381839

April 12, 2022
Page 2

On April 12, 2022, the codefendant City of New York wrote to Your Honor requesting a pre-motion conference (DE 16). Your Honor granted that request earlier today, and scheduled the conference for April 22, 2022 (DE 17).

Given the above, the parties do not believe it would be expedient to submit a Case Management and Scheduling Order at this time, as any dates submitted therein would likely have to be changed after motion practice. Similarly, the parties request that the initial conference scheduled for April 21, 2022 be adjourned until the defendants' anticipated motions are resolved. Importantly, defendants NYPH and the City of New York seek leave to move to dismiss all of plaintiff's federal law claims. If the Court ultimately grants defendants' motions, it would have the option at that time to relinquish its jurisdiction over the state claims, which may obviate the need for a discovery schedule.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

MARTIN CLEARWATER & BELL LLP

Gregory J. Radomisli

SYLVIA O. HINDS-RADIX
Corporation Counsel for the City
of New York
*Attorney for the City of New York*
100 Church Street
New York, NY 10007

By:   /s/ Daniel Tarolli
**DANIEL TAROLLI**
Assistant Corporation Counsel
Tel.: (212) 356-4074

/s/
**John Scola**
**On behalf of Plaintiff**

The parties' request to adjourn the initial pre-trial conference currently scheduled for April 21, 2022 is granted. The initial pre-trial conference scheduled for April 21, 2022 is adjourned sine die. The deadlines for the submission of the parties' joint status letter and the proposed case management plan and scheduling order are also adjourned sine die. The Court will take up any application to stay discovery in the case during the pre-motion conference.

SO ORDERED.

Dated: April 13, 2022
New York, New York

GREGORY H. WOODS
United States District Judge